UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SIMEON FERGUSON, by and through his
next friend, KARLENE GRANT

                                              08-CIV-639 (SLT) (VVP)

              Plaintiff,

v.                                       **STIPULATION OF DISMISSAL**

INDYMAC BANK, F.S.B. and GLOBAL
FINANCIAL, INC.,

              Defendants.
-----------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the Amended Complaint herein is dismissed, with prejudice, as against IndyMac Bank, F.S.B. and the Federal Deposit Insurance Corp. as Receiver for IndyMac Bank, F.S.B. (the "FDIC"), pursuant to the Order approving the Settlement Agreement between plaintiff Simeon Ferguson, by his duly appointed guardian *ad litem*, Karlene Grant ("Ferguson"), and the FDIC, dated September 30, 2009.

Dated: October 6, 2009

| | |
|---|---|
| **LEGAL SERVICES FOR THE ELDERLY IN QUEENS**<br><br>By: _____<br>     Donna Dougherty<br>97-77 Queens Blvd., Suite 600<br>Rego Park, New York 11374<br><br>     - and –<br><br>**SOUTH BROOKLYN LEGAL SERVICES**<br><br>By: _____ | **REED SMITH LLP**<br><br>By: _____<br>     Andrew B. Messite<br>599 Lexington Avenue<br>New York, New York 10022<br>(212) 521-5400<br><br>Attorneys for<br>The Federal Deposit Insurance Corporation as Receiver for defendant IndyMac Bank, F.S.B. |

TaeRa Franklin
105 Court Street, 3rd Floor
Brooklyn, New York 11201

Attorneys for Plaintiffs
Simeon Ferguson by his guardian *ad litem*
Karlene Grant

SO ORDERED:

_____
          U.S.D.J.